UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81001-CIV-DIMITROULEAS

CONTINENTAL CASUALTY COMPANY,

Magistrate Judge Snow

    Plaintiff,

vs.

CULLAN MEATHE, et al.,

    Defendant.

_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon Plaintiff's Bill of Costs [DE-34], and the Report and Recommendation [DE-45] dated February 10, 2011.  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F. 2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F. 2d 1144, 1149 (11th Cir. 1993).  Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises.  The Court agrees with the Magistrate Judge's conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE-45] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Bill of Costs [DE-34] is hereby **GRANTED.**  Costs are taxed to Defendants, Palm Beach Transportation Group, LLC, Palm Beach Metro Transportation, LLC, Jacksonville Transportation Group, LLC, Jacksonville Metro Transportation Group, LLC, Cam-Jo, Inc., Tran-Star Executive

Transportation Services of Florida, Inc. d/b/a Tran-Star, LLC, and Yellow Cab Service Corporation of Florida, Inc., in the amount of $1,178.88, with interest at the rate of 0.27% accruing from November 15, 2010.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of March, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Snow